

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff:**
SHAWN WILLIAMS

**Defendants:**
Z. D. MASONRY, CORP.; Z. D. MASONRY & TUCKPOINTING CORP.; Z. D. MASONRY AND REMODELING, CORP.; NORTHSIDE CONSTRUCTION & DEVELOPMENT CORP.; CITY OF CHICAGO MASONRY, INC.; and ZBIGNIEW DZIADANA

County of Residence: COOK

Plaintiff's Atty: Barry M. Bennett
Dowd, Bloch & Bennett
8 S. Michigan Ave., 19th Fl.
Chicago, IL 60603
(312) 372-1361

**07CV6207**
**JUDGE GUZMAN**
**MAG. JUDGE BROWN**

II. Basis of Jurisdiction: 3. Federal Question (U.S. not a party)

III. Citizenship of Principal Parties (Diversity Cases Only)

Plaintiff: - N/A
Defendant: - N/A

IV. Origin: 1. Original Proceeding

V. Nature of Suit: 442 Civil Rights/Employment

VI. Cause of Action: Title VII; § 1981

VII. Requested in Complaint

Class Action: No
Dollar Demand: N/A
Jury Demand: Yes

**FILED**
NOV - 2 2007
NOV 2 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

VIII. This case **IS NOT** a refiling of a previously dismissed case.

Signature: /s/ Barry M. Bennett     Date: 11/2/07