

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

SHAWN WILLIAMS,

                          Plaintiff,

v.

Z. D. MASONRY, CORP.; Z. D. MASONRY & TUCKPOINTING CORP.; Z. D. MASONRY AND REMODELING, CORP.; NORTHSIDE CONSTRUCTION & DEVELOPMENT CORP.; CITY OF CHICAGO MASONRY, INC.; and ZBIGNIEW DZIADANA,

                          Defendants.

07CV6207
JUDGE GUZMAN
MAG. JUDGE BROWN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Shawn Williams.

| | |
|---|---|
| SIGNATURE    Barry M. Bennett | |
| FIRM    Dowd, Bloch & Bennett | FILED<br>NOV - 2 2007<br>NOV 2 2007<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |
| STREET ADDRESS    8 S. Michigan Avenue, 19th Floor | |
| CITY/STATE/ZIP    Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)    0619 4493 | TELEPHONE NUMBER    (312) 372-1361 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |