## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

SHAWN WILLIAMS,

        Plaintiff,

Docket Number: _____

**07CV6207
JUDGE GUZMAN
MAG. JUDGE BROWN**

        v.

Z. D. MASONRY, CORP.; Z. D.
MASONRY & TUCKPOINTING CORP.;
Z. D. MASONRY AND REMODELING,
CORP.; NORTHSIDE CONSTRUCTION
& DEVELOPMENT CORP.; CITY OF
CHICAGO MASONRY, INC.; AND
ZBIGNIEW DZIADANA,

        Defendants.

TO: (Name and address of defendant)

        Z. D. Masonry, Corp.
        c/o Ms. Helena Wolski, Registered Agent
        5421 W. Belmont
        Chicago, IL 60641

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

        Barry M. Bennett
        Dowd, Bloch & Bennett
        8 South Michigan Avenue, 19th Floor
        Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of
this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be
taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk
of this Court within a reasonable period of time after service.

**MICHAEL W. DOBBINS**

Michael W. Dobbins, Clerk

        **NOV - 2 2007**

Date

(by) Deputy Clerk

AO 441  (Rev. 09/00) Third Party Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE  11/30/2007   11:30 AM |
| NAME OF SERVER *(PRINT)*  Steve Serafin | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the third-party defendant.  Place where _____

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

_____

_____

G  Other (specify):  Served an agent at corporation
Ewa Duch, Office Manager
Female, White, Blonde hair, 47 years old, 5.3, 140 pounds
5421 West Belmont Avenue, IL 60641

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL  65.00 |
|---|---|---|

## DECLARATION OF SERVER

Executed on  12/14/07
              Date

Signature of Server

13246 South Route 59, Suite 228A
Address of Server  Plainfield, IL 60585

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

9541