UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

SHAWN WILLIAMS,

        Plaintiff,

Docket Number: _____

**07CV6207
JUDGE GUZMAN
MAG. JUDGE BROWN**

v.

Z. D. MASONRY, CORP.; Z. D. MASONRY & TUCKPOINTING CORP.; Z. D. MASONRY AND REMODELING, CORP.; NORTHSIDE CONSTRUCTION & DEVELOPMENT CORP.; CITY OF CHICAGO MASONRY, INC.; AND ZBIGNIEW DZIADANA,

        Defendants.

TO: (Name and address of defendant)

    Z. D. Masonry and Remodeling Corp.
    c/o Mr. Andrzej Szczeblewski, Registered Agent
    6615 W. Irving Park Rd., #219
    Chicago, IL 60634

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Barry M. Bennett
    Dowd, Bloch & Bennett
    8 South Michigan Avenue, 19th Floor
    Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS

_____
Michael W. Dobbins, Clerk

(by) Deputy Clerk

NOV - 2 2007
_____
Date

AO 441 (Rev. 09/00) Third Party Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  11/30/2007   10:15 AM |
| NAME OF SERVER (PRINT)  Steve Serafin | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the third-party defendant. Place where _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): Served an Agent at Corporation
Baba Jacykouski, Manager
Female, White, Blonde hair, 37 years old, 5.8, 140 pounds
6615 West Irving Park Road #219

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  65.00 |

**DECLARATION OF SERVER**

Executed on  12/14/2007
Date

Signature of Server

Address of Server: 13246 South Route 59, Suite 228 A
Plainfield, IL 60585

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

9584