# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

SHAWN WILLIAMS,

　　　　　　　　　Plaintiff,

**07CV6207
JUDGE GUZMAN
MAG. JUDGE BROWN**

Designated
Magistrate Judge: _____

v.

Z. D. MASONRY, CORP.; Z. D.
MASONRY & TUCKPOINTING CORP.;
Z. D. MASONRY AND REMODELING,
CORP.; NORTHSIDE CONSTRUCTION
& DEVELOPMENT CORP.; CITY OF
CHICAGO MASONRY, INC.; AND
ZBIGNIEW DZIADANA,

　　　　　　　　　Defendants.

TO: (Name and address of defendant)

　　　　Z. D. Masonry & Tuckpointing Corp.
　　　　c/o Mr. Wlodzimierz Dziadana
　　　　4704 W. Iowa Street
　　　　Chicago, IL 60651

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

　　　　Barry M. Bennett
　　　　Dowd, Bloch & Bennett
　　　　8 South Michigan Avenue, 19th Floor
　　　　Chicago, IL  60603

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS
Michael W. Dobbins, Clerk

_[signature]_
(by) Deputy Clerk

NOV - 2 2007
Date

AO 441 (Rev. 09/00) Third Party Summons in a Civil Action

# RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 12-15-07 @ 5:55PM |
|---|---|
| NAME OF SERVER (PRINT) Steve Serafin | TITLE Investigator |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): ZD Masonry + Tuckpointing Corp c/o Mr. Wlodzimierz Dziadana at 5242 W. George Street, Chicago IL 60641
Male, wht, 50 yoa, Blonde hair, 5.6, 200 lbs.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

Executed on  12/17/07
             Date              Signature of Server

13246 S. Route 59, Suite 228A
Plainfield IL 60585
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

9593