UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Exhibit A

SUMMONS IN A CIVIL CASE

SHAWN WILLIAMS,

    Plaintiff,

Docket Number: _____

**07CV6207
JUDGE GUZMAN
MAG. JUDGE BROWN**

v.

Z. D. MASONRY, CORP.; Z. D. MASONRY & TUCKPOINTING CORP.; Z. D. MASONRY AND REMODELING, CORP.; NORTHSIDE CONSTRUCTION & DEVELOPMENT CORP.; CITY OF CHICAGO MASONRY, INC.; AND ZBIGNIEW DZIADANA,

    Defendants.

TO: (Name and address of defendant)

    Northside Construction & Development Corp.
    c/o Mr. Zbigniew Dziadana, Registered Agent
    4701 W. Iowa St.
    Chicago, IL 60651

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Barry M. Bennett
    Dowd, Bloch & Bennett
    8 South Michigan Avenue, 19th Floor
    Chicago, IL  60603

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS            NOV - 2 2007
Michael W. Dobbins, Clerk            Date

_[signature]_
(by) Deputy Clerk

AO 441 (Rev. 09/00) Third Party Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 11/25/2007   9:15 AM |
| NAME OF SERVER (PRINT)  Steve Serafin | TITLE | Process Server |
| Check one box below to indicate appropriate method of service |||

☐ Served personally upon the third-party defendant. Place where  1715 West Martin Lane
Mount Prospect, IL 60056

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify):  Mr. Zbigniew Dziadana
Male, white, Brown hair, 37-42 years old, 5.8, 170 pounds

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL  65.00 |

| DECLARATION OF SERVER |
|---|

Executed on  12/14/2007
         Date         Signature of Server

13246 South Route 59, Suite 228 A
Address of Server    Plainfield, IL 60585

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

9536