## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

*Exhibit 0*

### SUMMONS IN A CIVIL CASE

SHAWN WILLIAMS,

                Plaintiff,

        v.

Z. D. MASONRY, CORP.; Z. D.
MASONRY & TUCKPOINTING CORP.;
Z. D. MASONRY AND REMODELING,
CORP.; NORTHSIDE CONSTRUCTION
& DEVELOPMENT CORP.; CITY OF
CHICAGO MASONRY, INC.; AND
ZBIGNIEW DZIADANA,

                Defendants.

Docket Number: _____

## 07CV6207
## JUDGE GUZMAN
## MAG. JUDGE BROWN

TO: (Name and address of defendant)

      Z. D. Masonry, Corp.
      c/o Ms. Helena Wolski, Registered Agent
      5421 W. Belmont
      Chicago, IL 60641

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

      Barry M. Bennett
      Dowd, Bloch & Bennett
      8 South Michigan Avenue, 19th Floor
      Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**MICHAEL W. DOBBINS**

Michael W. Dobbins, Clerk

(by) Deputy Clerk

Date ___ NOV - 2 2007 ___

AO 441  (Rev. 09/00) Third Party Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me [1] | DATE 11/30/2007   11:30 AM | |
| NAME OF SERVER *(PRINT)* Steve Serafin | TITLE Process Server | |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the third-party defendant.  Place where _____

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

_____

_____

G  Other (specify): Served an agent at Corporation
Ewa Duch, Office Manager
Female, White, Blonde hair, 47 years old, 5.3, 140 pounds
5421 West Belmont Avenue, IL 60641

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL 65.00 |

DECLARATION OF SERVER

Executed on __12/14/07__                      _____
              Date                                Signature of Server


                            13246 South Route 59, Suite 228A
                    Address of Server    Plainfield, IL 60585



(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

9591