**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **SHAWN WILLIAMS,** | ) | |
| | ) | **Case No.  07 C 6207** |
| **Plaintiff,** | ) | |
| | ) | **Judge Guzman** |
| **v.** | ) | |
| | ) | **Magistrate Judge Brown** |
| **Z. D. MASONRY, CORP., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

This matter came before the Court on the motion for a default judgment and entry of an order scheduling a prove-up hearing filed by Plaintiff Shawn Williams, the Court has examined Williams's submission and is fully informed, and it appears that good cause exists for granting Williams's motion and entering this order.

Therefore, IT IS ORDERED as follows:

1.     Williams's motion for entry of default judgment against Defendants Z. D. Masonry, Corp.; Z. D. Masonry & Remodeling, Corp.; Northside Construction & Development Corp.; City of Chicago Masonry, Inc.; and Zbigniew Dziadana ("Named Defendants") is granted;

2.     The Court will conduct a hearing on _____ 2008 at _____, at which time Williams will be expected to present evidence as to the damages he has incurred, and the Named Defendants may appear and present such evidence or arguments as they see fit.

SO ORDERED.


_____
Ronald A. Guzman, J.


Date: _____


\\Server2k\Data\EFILE\B -DC 1\Z.D. Masonry 07-6207\12.27.07 Filing\ORDER 12.26.07.wpd