## CERTIFICATE OF SERVICE

      I certify that I will serve the attached notice of motion, motion, and proposed order on the following parties, which are not eligible for electronic service by having copies mailed to them at the addresses indicated on December 27, 2007.

Z. D. Masonry, Corp.
c/o Ms. Helena Wolski, Reg. Agent
5421 W. Belmont Ave.\
Chicago, IL   60641

Z. D. Masonry and Remodeling Corp.
c/o Mr. Andrzej Szczeblewski, Reg. Agent
6615 W. Irving Park Rd. #219
Chicago, IL   60634

Northside Construction & Development
   Corp.
c/o Zbigniew Dziadana, Reg. Agent
1715 W. Martin Lane
Mt. Prospect, IL   60056

City of Chicago Masonry, Inc.
c/o Zbigniew Dziadana, Reg. Agent
1715 W. Martin Lane
Mt. Prospect, IL   60056

Mr. Zbigniew Dziadana
1715 W. Martin Lane
Mt. Prospect, IL   60056

    /s/ Barry M. Bennett

\\Server2k\Data\EFILE\B -DC 1\Z.D. Masonry 07-6207\12.27.07 Filing\CERTIFICATE 12.26.07.wpd