UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHAWN WILLIAMS, | ) | |
| | ) | Case No.  07 C 6207 |
| Plaintiff, | ) | |
| | ) | Judge Guzman |
| v. | ) | |
| | ) | Magistrate Judge Brown |
| Z. D. MASONRY, CORP., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

Z. D. Masonry, Corp.
c/o Ms. Helena Wolski, Reg. Agent
5421 W. Belmont Ave.
Chicago, IL   60641

Z. D. Masonry and Remodeling Corp.
c/o Mr. Andrzej Szczeblewski, Reg. Agent
6615 W. Irving Park Rd. #219
Chicago, IL   60634

Northside Construction & Development
   Corp.
c/o Zbigniew Dziadana, Reg. Agent
1715 W. Martin Lane
Mt. Prospect, IL   60056

City of Chicago Masonry, Inc.
c/o Zbigniew Dziadana, Reg. Agent
1715 W. Martin Lane
Mt. Prospect, IL   60056

Mr. Zbigniew Dziadana
1715 W. Martin Lane
Mt. Prospect, IL   60056

   PLEASE TAKE NOTICE that on January 3, 2008, at 9:30 a.m. or as soon thereafter as I may be heard, I will appear before the Honorable Ronald A. Guzman, or any judge sitting in his place, at the courtroom usually occupied by him, in Room 1219 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and then and there present a

motion for a default judgment and entry of order setting prove-up hearing, a copy of which is attached and served upon you.

                              Respectfully submitted,

                              /s/ Barry M. Bennett
                             Attorney for Shawn Williams

Barry M. Bennett
DOWD, BLOCH & BENNETT
8 S. Michigan Ave., 19th Floor
Chicago, IL  60603
312/372-1361

\\Server2k\Data\EFILE\B -DC 1\Z.D. Masonry 07-6207\12.27.07 Filing\NOF 12.26.07.wpd