UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Shawn Williams
         Plaintiff,

v.                Case No.: 1:07–cv–06207
                Honorable Ronald A. Guzman

Z. D. Masonry, Corp., et al.
         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 3, 2008:

  MINUTE entry before Judge Ronald A. Guzman :Defendants not in court. Motion hearing held on 1/3/2008 regarding Plaintiff's motion for default judgment [14]. Plaintiff's motion for default judgment against defendants Z. D. Masonry, Corp., Z. D. Masonry and Remodeling, Corp., Northside Construction & Development Corp., City of Chicago Masonry, Inc., and Zbigniew Dziadana [14] is granted. Status hearing set for 1/4/08 is reset to 1/15/2008 at 09:30 AM.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.