## CERTIFICATE OF SERVICE

      I certify that I will serve the attached notice of motion, motion, and proposed order on the following party, which is not eligible for electronic service, by having copies mailed to it at the address indicated on January 8, 2008:

>Z. D. Masonry & Tuckpointing Corp.
>c/o Mr. Wlodzimierz Dziadana
>5242 W. George Street
>Chicago, IL   60641

      /s/ Barry M. Bennett