**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Shawn Williams
                                  Plaintiff,

v.                                                Case No.: 1:07−cv−06207
                                                     Honorable Ronald A. Guzman

Z. D. Masonry, Corp., et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 14, 2008:

      MINUTE entry before Judge Ronald A. Guzman :Status hearing set for 1/15/08 is reset to 1/29/2008 at 09:30 AM. on request of plaintiff. Notice of motion for default is stricken and motion for default [17] will be re−noticed.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.