# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

SHAWN WILLIAMS,

        Plaintiff,

        v.

Z. D. MASONRY, CORP.; Z. D.
MASONRY & TUCKPOINTING CORP.;
Z. D. MASONRY AND REMODELING,
CORP.; NORTHSIDE CONSTRUCTION
& DEVELOPMENT CORP.; CITY OF
CHICAGO MASONRY, INC.; AND
ZBIGNIEW DZIADANA,

        Defendants.

## 07CV6207
## JUDGE GUZMAN
## MAG. JUDGE BROWN

Designated
Magistrate Judge: _____

TO: (Name and address of defendant)

Z. D. Masonry & Tuckpointing Corp.
c/o Mr. Wlodzimierz Dziadana
4704 W. Iowa Street
Chicago, IL 60651

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Barry M. Bennett
Dowd, Bloch & Bennett
8 South Michigan Avenue, 19th Floor
Chicago, IL  60603

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS

Michael W. Dobbins, Clerk

(by) Deputy Clerk

NOV - 2 2007

Date

EXHIBIT
A

AO 441 (Rev. 09/00) Third Party Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 12-15-07 @ 5:55PM |
|---|---|
| NAME OF SERVER (PRINT) Steve Serafin | TITLE Investigator |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the third-party defendant. Place where _____

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

_____

_____

G  Other (specify): ZD Masonry + Tuckpointing Corp c/o Mr. Wlodzimierz Dziadana at 5242 W. George Street, Chicago IL 60641
male, wht, 50 yoa, Blonde hair, 5.6, 200lbs.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

Executed on  12/17/07
Date

Signature of Server

13246 S. Route 59, Suite 228A
Plainfield IL 60585
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

4593