UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHAWN WILLIAMS,           )<br>                                          )<br>            Plaintiff,      )<br>                                          )<br>      v.                                 )<br>                                          )<br>Z. D. MASONRY, CORP., et al., )<br>                                          )<br>            Defendant.   ) | Case No.  07 C 6207<br><br>Judge Guzman<br><br>Magistrate Judge Brown |

## NOTICE OF MOTION

To:   Z. D. Masonry & Tuckpointing Corp.
      c/o Mr. Wlodzimierz Dziadana
      5242 W. George Street
      Chicago, IL   60641

   PLEASE TAKE NOTICE that on January 31, 2008, at 9:30 a.m. or as soon thereafter as I may be heard, I will appear before the Honorable Ronald A. Guzman, or any judge sitting in his place, at the courtroom usually occupied by him, in Room 1219 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and then and there present a motion for a default judgment and entry of order setting prove-up hearing, previously noticed for January 15 but then withdrawn, a copy of which is attached and served upon you.

                                                              /s/ Barry M. Bennett
                                                           Attorney for Shawn Williams

Barry M. Bennett
DOW, BLOCH & BENNETT
8 S. Michigan Ave., 19th Floor
Chicago, IL   60603
312/372-1361

\\server2k\efile\B -DC 1\Z.D. Masonry 07-6207\1.24.08 Filing\Notice of Motion2-FINAL