# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Shawn Williams
                    Plaintiff,

v.                                          Case No.: 1:07−cv−06207
                                            Honorable Ronald A. Guzman

Z. D. Masonry, Corp., et al.
                    Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, January 31, 2008:

  MINUTE entry before Judge Ronald A. Guzman :Motion by Plaintiff for default judgment against all defendants and prove−up hearing [17,20] is granted. Prove−up hearing set for 3/11/08 at 2:00 p.m. Mailed notice(cjg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.