# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6207 | **DATE** | 1/31/2008 |
| **CASE TITLE** | WILLIAMS vs. Z.D. MASONRY, CORP. | | |

**DOCKET ENTRY TEXT**

Enter order of default judgment and setting prove-up hearing for 3/11/08 at 2:00 p.m.

■ [ For further detail see separate order(s).]                                Docketing to mail notices.

00:01

| | Courtroom Deputy Initials: | CG |
|---|---|---|