C4

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| SHAWN WILLIAMS, | ) | |
| | ) | **Case No.  07 C 6207** |
| **Plaintiff,** | ) | |
| | ) | **Judge Guzman** |
| v. | ) | |
| | ) | **Magistrate Judge Brown** |
| Z. D. MASONRY, CORP., et al., | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

This matter came before the Court on the motion for a default judgment and entry of an

order scheduling a prove-up hearing filed by Plaintiff Shawn Williams, the Court has examined

Williams's submission and is fully informed, and it appears that good cause exists for granting

Williams's motion and entering this order.

Therefore, IT IS ORDERED as follows:

1.      Williams's motions for entry of default judgment against Defendants Z. D.

Masonry, Corp.; Z. D. Masonry & Tuckpointing Corp.; Z. D. Masonry & Remodeling, Corp.;

Northside Construction & Development Corp.; City of Chicago Masonry, Inc.; and Zbigniew

Dziadana are granted;

2.      The Court will conduct a hearing on _March 11,_ 2008 at

_2 PM_ , at which time Williams will be expected to present evidence as to the

damages he has incurred, and the defendants may appear and present such evidence or

arguments as they see fit.

SO ORDERED.

Ronald A. Guzman, J.

Date: _1/31/08_

F:\data\amb\BMB\DC1\ZD\CDocs\Order2 FINAL.wpd