# **DECLARATION**

STATE OF ILLINOIS   )
                    ) SS
COUNTY OF COOK      )

I, Shawn Williams, of full age, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury the following:

1. I am the plaintiff in a lawsuit against Z. D. Masonry Corp., other businesses, and Mr. Zbigniew Dziadana, assigned Case No. 07 C 6207.

2. I have personal knowledge of the information contained in this declaration and I would be prepared to testify to this information if called upon to do so.

3. I applied for work as a bricklayer with Z. D. Masonry on January 20, 2006.

4. I received my training as a bricklayer through the apprenticeship program operated by the Bricklayers union, completed classroom training in May 2004, worked as a bricklayer from June 2004 through May 2005, was laid off when the job finished and worked slowed down, and continued to receive further training after that. I received training in all aspects of bricklaying and masonry, and I also took a welding class.

5. I have continued looking for work as a bricklayer since being turned down by Z. D. Masonry, and I have also sought to obtain other employment.

6. Attached to this affidavit are copies (that I have initialed) of all W-2 statements I received for earnings in 2006 and 2007.

7. The last attachment is an invoice for work that my wife and I both did for LSW, Inc., for the period ending November 30, 2007. I have been paid for that work but the payment came in 2008 and therefore is not included in the W-2 statement for 2007.

8. All of my income in 2006 and 2007 is shown through the W-2 statements and the invoice from LSW, Inc. My wife is and has been employed as a technician for AT&T, and her income has been our family's primary support during this period.

9. Two of the W-2's are from mason contractors. Both of those jobs were finishing when I was hired, but I accepted the one day of employment each with the two bricklaying companies in the hope that I will be called when and if work picks up for them. I also worked for Local 21 on a construction project where the Union was donating work to a public school and hired out-of-work Union members to do the work.

10. In addition to the employers identified on the W-2 statements and the invoice, I have applied for work during the last two years with over 15 contractors who are identified in a booklet as members of the Mason Contractors Association, and I continue to hope that I will be called by one of them whenever work picks up. I have also applied for a number of other jobs including with the Park District and the United States Postal Service, and I am either waiting for test results or on the list for jobs with them. I have also frequently stopped at construction sites, asked if they were hiring, and asked if they would keep my name and number in case they started hiring in the future.

I have read the foregoing Declaration and swear that it is true and correct to the best of my knowledge, information, and belief.

_____
Shawn Williams

Date: 3/19/08

F:\data\amh\BMB\DC1\ZD\CDocs\Declaration-Williams.wpd

| A. CONTROL NUMBER 99946301 | This information is being furnished to the Internal Revenue Service | OMB NO. 1545-2773 | 1 WAGES, TIPS, OTHER COMPENSATION 5153.67 | 2 FEDERAL INCOME TAX WITHHELD 9.12 |
|---|---|---|---|---|
| B. EMPLOYER IDENTIFICATION NUMBER 36-3478837 | D. EMPLOYEE'S SOCIAL SECURITY NUMBER 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 | | 3 SOCIAL SECURITY WAGES 5153.67 | 4 SOCIAL SECURITY TAX WITHHELD 319.53 |
| C. EMPLOYER'S NAME, ADDRESS, AND ZIP CODE TERMINIX INTERNATIONAL COMPANY MSB2 1103A 860 RIDGE LAKE BL MEMPHIS, TN 38120-1815 | | | 5 MEDICARE WAGES AND TIPS 5153.67 | 6 MEDICARE TAX WITHHELD 74.73 |
| | | | 7 SOCIAL SECURITY TIPS | 8 ALLOCATED TIPS |
| | | | 9 ADVANCE EIC PAYMENT | 10 DEPENDENT CARE BENEFITS |
| E. EMPLOYEE'S FIRST NAME AND INITIAL   LAST NAME SHAWN  WILLIAMS 863 E. 166TH STREET SOUTH HOLLAND, IL  60473 | | SUFF. | 11 NONQUALIFIED PLANS | 12 a-d |
| | | | 14 OTHER | |
| F. EMPLOYEE'S ADDRESS AND ZIP CODE | | | | 13 Statutory Employee ☐  Retirement Plan ☐  Third-Party Sick Pay [X] |
| 15 STATE IL | EMPLOYER'S STATE I.D. NO. 3634788370000 | 16 STATE WAGES, TIPS, ETC. 5153.67 | 17 STATE INCOME TAX 92.11 | 18 LOCAL WAGES, TIPS, ETC. | 19 LOCAL INCOME TAX | 20 LOCALITY NAME |

Copy B  To be filed with Employee's FEDERAL tax return
FORM W-2 Wage and Tax Statement       2006

FOLD AND TEAR ALONG PERFORATION

**CERIDIAN** freedom

Visit www.irs.gov/efile for e-file details.

© CERIDIAN

## W-2 AND WAGE SUMMARY

QBMB22C 10/05/06

| Copy 2 To Be Filed With Employee's State, City, or Local Income Tax Return. | | 2006 OMB No. 1545-0008 |
|---|---|---|
| a Control number | 1 Wages, tips, other comp. 1200.00 | 2 Federal income tax withheld 12.00 |
| b Employer ID no. (EIN) 36-1897250 | 3 Social security wages 1200.00 | 4 Social security tax withheld 74.40 |
| | 5 Medicare wages and tips 1200.00 | 6 Medicare tax withheld 17.40 |

c Employer's name, address, and ZIP code
UNITED ORDER BRICKLAYERS LOCAL 21
UNITED ORDER OF BRICKLAYER LOCAL
1950 WEST 43RD STREET
CHICAGO                                    IL   60609

d Employee's social security number
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

e Employee's name, address, and ZIP code                          Suff.
SHAWN WILLIAMS
863 E. 168TH STREET
SOUTH HOLLAND                              IL   60473-2401

| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code See inst. for box 12 |
| 13 Statutory employee / Retirement Plan / Third-party sick pay | 14 Other | 12b Code / 12c Code / 12d Code |
| IL 1021-2833 | 1200.00 | 17.52 |
| 15 State Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form W-2 Wage and Tax Statement                Dept. of the Treasury - IRS

⊕ Printed on Recycled Paper                    FORM 5209



| b Employer identification number | | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| 94-3286700 | 12a See instructions for box 12 | | 386.00 | 11.32 |
| c Employer's name, address, and ZIP code | 12b $ | | 3 Social security wages | 4 Social security tax withheld |
| ADECCO USA INC<br>309 QUADRANGLE DR<br>BOLINGBROOK IL 60440-3409 | | | 386.00 | 23.93 |
| | 12c $ | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | 12d $ | | 386.00 | 5.60 |
| e Employee's first name and initial   Last name | 12e $ | | 7 Social security tips | 8 Allocated tips |
| SHAWN J WILLIAMS<br>863 E. 166TH ST.<br>SOUTH HOLLAND IL 60473-2401 | | | 9 Advance EIC payment | 10 Dependent care benefits |
| | This information is being furnished to the Internal Revenue Service. | | 11 Nonqualified plans | 13 Statutory employee / Retirement plan / Third-party sick pay |
| | Copy B To Be Filed With Employee's FEDERAL Tax Return | | 14 Other | |
| f Employee's address and ZIP code | d Employee's social security number<br>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 | | | |
| 15 State / Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc.   19 Local income tax   20 Locality name |
| IL  943286700000 | 386.00 | 8.13 | |

Form W-2 Wage and Tax Statement 2006   Department of the Treasury—Internal Revenue Service



| 1 Wages, tips, other comp. | 2 Fed. income tax withheld |
|---|---|
| 159.60 | |
| 3 Social security wages | 4 Soc. sec. tax withheld |
| 159.60 | 9.90 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 159.60 | 2.31 |

Employer's name, address, and ZIP code
Larmco Company, Inc.
20001 Blackstone Avenue
Lynwood  IL  60411

| Employer identification no. (EIN) | 11 Nonqualified plans |
|---|---|
| 36-2736064 | |
| Employee's SSN | 12a |
| 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 | 12b |
| 7 Social security tips | 12c |
| | 12d |
| 8 Allocated tips | 13 Statutory employee / Retirement plan [X] / Third-party sick pay |
| 9 Advance EIC payment | 14 |
| 10 Dependent care benefits | |
| Control number | |

Shawn J. Williams
863 East 166th Street
South Holland,  IL  60473

Employee's name, address, and ZIP code

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| IL | | 159.60 | 2.48 |

| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|

**Form W-2**    **Wage and Tax Statement**
Copy C -- For EMPLOYEE'S RECORDS    **2006**
This information is being furnished to the IRS.
If you are required to file a tax return, a negligence    OMB No. 1545-0008
penalty or other sanction may be imposed on you if    Department of the Treasury --
this income is taxable and you fail to report it.   39-1908647  Internal Revenue Service



| Copy B To Be Filed With Employee's Federal Tax Return | | **2006** | OMB No. 1545-0008 |
|---|---|---|---|
| a Control number | 1 Wages, tips, other comp. 119.71 | 2 Federal income tax withheld 0.99 | |
| 9 | 3 Social security wages 119.71 | 4 Social security tax withheld 7.43 | |
| b Employer ID number 36-4456373 | 5 Medicare wages and tips 119.71 | 6 Medicare tax withheld 1.73 | |

c Employer's name, address, and ZIP code

MASONRY EXPRESSIONS, INC.
916 SARATOGA PARKWAY
SLEEPY HOLLOW    IL    60118-2534

d Employee's social security number
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

e Employee's name, address, and ZIP code

SEAN WILLIAMS
863 E. 166TH ST.
SOUTH HOLLAND    IL    60473

| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code |
| 13 Statutory employee | 14 Other | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| IL | 36-4456373 | 119.71 | 3.59 |
|---|---|---|---|
| 15 State Emplr.'s state I.D. # | 16 State wages, tips, etc. | 17 State income tax | |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name | |

Form W-2 Wage and Tax Statement                    Dept. of the Treasury -- IRS
This information is being furnished to the Internal Revenue Service.
DAA

| Form **W-2 Wage and Tax Statement** 2007 | | 7 Social security tips | 1 Wages, tips, other comp. 2,391.50 | 2 Federal income tax withheld 9.71 |
|---|---|---|---|---|
| c Employer's name, address, and ZIP code | | 8 Allocated tips | 3 Social security wages 2,391.50 | 4 Social security tax withheld 148.27 |
| Flexible Staffing Services - IL<br>135 N. Broadway<br>Melrose Park, IL 60160 | | 9 Advance EIC payment | 5 Medicare wages and tips 2,391.50 | 6 Medicare tax withheld 34.69 |
| | | 10 Dependent care benefits | 11 Nonqualified plans | 12a |
| e Employee's name, address, and ZIP code | Suff. | 13 Statutory employee / Retirement plan / Third party sick pay | 14 Other | 12b |
| Shawn Jeffery Williams<br>863 E. 166th St<br>South Holland, IL 60473 | | b Employer identification number (EIN)<br>36-4337745 | | 12c |
| | | e Employee's social security no.<br>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 | | 12d |

| 15 State | Employer's state I.D. no. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| IL | 3104-5601 | 2,391.50 | 47.68 | | | |

Copy 2 To Be Filed With Employee's State, City, or Local Income Tax Return    Printed on Recycled Paper    OMB No. 1545-0008    Dept. of the Treasury - IRS



**Copy B To Be Filed with Employee's FEDERAL Tax Return.**

**2007**
OMB No. 1545-0008

| a Employee's SSN | 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|---|
| 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 | 80.00 | |
| | 3 Social security wages | 4 Social security tax withheld |
| b Employer ID no. (EIN) | 80.00 | 4.96 |
| | 5 Medicare wages and tips | 6 Medicare tax withheld |
| 36-1897250 | 80.00 | 1.16 |

c Employer's name, address, and ZIP code
UNITED ORDER OF BRICKLAYER LOCAL
1950 WEST 43RD STREET
CHICAGO                    IL   60609

d Control number

e Employee's name, address, and ZIP code                              Suff.
SHAWN WILLIAMS
863 E. 166TH STREET
SOUTH HOLLAND             IL   60473-2401

| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code See inst. for box 12 |
| 13 Statutory employee / Retirement Plan / Third-party sick pay | 14 Other | 12b Code / 12c Code / 12d Code |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| IL | 1021-2833 | 80.00 | 0.09 |

| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|
| | | |

Form W-2 Wage and Tax Statement
This information is being furnished to the Internal Revenue Service.        Dept. of the Treasury - IRS

*SW* (signature)

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no.<br><br>LiveOps, Inc.<br>3340 Hillview Avenue<br>Palo Alto, CA 94304 | 1 Rents<br>$ | OMB No. 1545-0115<br><br>2007<br><br>Form **1099-MISC** | **Miscellaneous Income** |
|---|---|---|---|
| | 2 Royalties<br>$ | | |
| | 3 Other income<br>$ | 4 Federal income tax withheld<br>$ | Copy B<br>For Recipient |
| PAYER'S federal identification number<br>65-0995388 | RECIPIENT'S identification number<br>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 | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | |
| RECIPIENT'S name, address, and ZIP code<br><br>shawn williams<br>shawn williams<br><br>863 E. 166th st<br><br>South Holland IL 60473 | | 7 Nonemployee compensation<br><br>792.81<br>$ | 8 Substitute payments in lieu of dividends or interest<br>$ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | |
| | | 11 | 12 | |
| Account number (see instructions) | | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$<br>$ | 17 State/Payer's state no. | 18 State income<br>$<br>$ |

Form **1099-MISC**                    (keep for your records)            38-2099803
Department of the Treasury - Internal Revenue Service



INVOICE

LSW INC  
Virtual Services Corporation

11/30/2007  
Period

07113010564  
Invoice #

Arise  
3450 Lakeside Dr., #620  
Miramar, FL  33027

| Application | Type | AgentID | Arise Certified Professional | Staffed Hours | Calls | ACD Minutes | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| Vision Care | Per Hour | 287358 | LaTonya Williams | 40.59 | 0 | 0.00 | $8.000 | $324.72 |
| Memo: Vision Care | | | | | | | | |
| Circuit City CSV Sales | Per Hour | 328390 | shawn williams | 55.77 | 0 | 1949.60 | $9.500 | $529.82 |
| Memo: Shift 1 | | | | | | | | |
| Arise | Fee | 328390 | shawn williams | N/A | N/A | N/A | ($19.750) | ($19.75) |
| Memo: Service Fee | | | | | | | | |
| Arise | Fee | 287358 | LaTonya Williams | N/A | N/A | N/A | ($19.750) | ($19.75) |
| Memo: Service Fee | | | | | | | | |
| Circuit City CSV Sales | Incentive | 328390 | shawn williams | N/A | N/A | N/A | $10.000 | $10.00 |
| Memo: Circuit City Compensation | | | | | | | | |

Total Due:  $825.04

