UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHAWN WILLIAMS,          )<br>                          )<br>           Plaintiff,    )<br>                          )<br> v.                       )<br>                          )<br> Z. D. MASONRY, CORP., et al., )<br>                          )<br>           Defendants.   ) | Case No.  07 C 6207<br><br>Judge Guzman<br><br>Magistrate Judge Brown |

## JUDGMENT ORDER

The Court having previously entered default judgments against each of the defendants, having considered the plaintiff's submissions, and being fully informed, orders as follows:

1. Judgment is entered against Z.D. Masonry, Corp.; Northside Construction & Development Corp.; Zbigniew Dziadana; Z.D. Masonry and Remodeling Corp.; City of Chicago Masonry, Inc.; and Z.D. Masonry & Tuckpointing Corp. (together, "Defendants"), jointly and severally, and in favor of Plaintiff Shawn Williams ("Williams"), in the amount of $87,574.74, comprising $83,396.64 in back wages and $4,178.10 in interest through March 31, 2008;

2. Judgment is entered against the Defendants, jointly and severally, and in favor of Williams, in the amount of $_____ as punitive damages;

3. The Defendants are ordered, jointly and severally, to offer Williams employment as a bricklayer or in such other job as he seeks and for which he is qualified;

    4.    Williams may file a petition for attorney's fees and related nontaxable expenses in accord with Local Rule 54.3; and

    5.    The Court retains jurisdiction over this matter to resolve disputes over compliance.

SO ORDERED.

                                                      Ronald A. Guzman, J.

Date:_____