## CERTIFICATE OF SERVICE

      I certify that I will serve the attached notice of filing, memorandum, supporting documents, and proposed order on the following parties, who are not eligible for electronic service, by having copies mailed to them at the addresses indicated on March 24, 2008:

>Mr. Zbigniew Dziadana
>Z. D. Masonry, Corp.
>   c/o Mr. Zbigniew Dziadana,
>   President and Secretary
>Northside Construction & Development Corp.
>   c/o Mr. Zbigniew Dziadana, Registered Agent
>City of Chicago Masonry, Inc.
>   c/o Mr. Zbigniew Dziadana, Registered Agent
>1715 W. Martin Lane
>Mt. Prospect, IL  60056
>
>Z. D. Masonry & Remodeling Corp.
>c/o Mr. Andrzej Szczeblewski, Registered Agent
>6615 W. Irving Park Rd., #219
>Chicago, IL  60634
>
>Z.D. Masonry & Tuckpointing Corp.
>c/o Mr. Wlodzimierz Dziadana
>5242 W. George Street
>Chicago, IL  60641

                                                                                        /s/ Barry M. Bennett