UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHAWN WILLIAMS, | ) | |
| | ) | **Case No.  07 C 6207** |
| Plaintiff, | ) | |
| | ) | **Judge Guzman** |
| v. | ) | |
| | ) | **Magistrate Judge Brown** |
| Z. D. MASONRY, CORP., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To:   Z. D. Masonry, Corp.                    City of Chicago Masonry, Inc.
      c/o Mr. Zbigniew Dziadana,              c/o Mr. Zbigniew Dziadana,
      President and Secretary                    Registered Agent
      1715 W. Martin Lane                     1715 W. Martin Lane
      Mt. Prospect, IL  60056                 Mt. Prospect, IL  60056

      Northside Construction                  Z. D. Masonry & Remodeling Corp.
      Development Corp.                        c/o Mr. Andrzej Szczeblewski,
      c/o Mr. Zbigniew Dziadana,              Registered Agent
      Registered Agent                         6615 W. Irving Park Rd., #219
      1715 W. Martin Lane                     Chicago, IL  60634
      Mt. Prospect, IL  60056

                                              Z.D. Masonry & Tuckpointing Corp.
      Mr. Zbigniew Dziadana                   c/o Mr. Wlodzimierz Dziadana
      1715 W. Martin Lane                     5242 W. George Street
      Mt. Prospect, IL  60056                 Chicago, IL  60641

        PLEASE TAKE NOTICE that on March 24, 2008, I filed with the Clerk of the United States District Court for the Northern District of Illinois a memorandum in support of request for entry of judgment, along with declarations, attachments, and exhibit, and a proposed judgment order, copies of which are attached and served upon you.

                                              _____/s/ Barry M. Bennett_____
                                              Attorney for Shawn Williams

Barry M. Bennett
DOW, BLOCH & BENNETT
8 S. Michigan Ave., 19th Floor
Chicago, IL  60603
312/372-1361