UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Shawn Williams
                                      Plaintiff,
v.                                                    Case No.: 1:07−cv−06207
                                                      Honorable Ronald A. Guzman
Z. D. Masonry, Corp., et al.
                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 31, 2008:

    MINUTE entry before Judge Honorable Ronald A. Guzman:Judgment is entered against Defendants, jointly and severally, and in favor of Plaintiff, in the amount of of $87,574.74, comprising $83,396.64 in back wages and $4,178.10 in interest through 3/31/08. Judgment is entered against Defendants, jointly and severally, and in favor of Plaintiff, in the amount of $10,000.00 as punitive damages. This case is terminated. Any pending motions or schedules are stricken as moot. Civil case terminated. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.