Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6207 | **DATE** | 3/31/08 |
| **CASE TITLE** | SHAWN WILLIAMS vs. Z.D. MASONRY, CORP., et al | | |

**DOCKET ENTRY TEXT**

Enter Judgment Order.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

| | | Courtroom Deputy Initials: | CG |
|---|---|---|---|