IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Shawn Williams, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 07 CV 6207 |
| ) | |
| Z.D. Masonry, Corp., et al., ) | Judge Ronald A. Guzmán |
| ) | |
| Defendants. ) | |

## JUDGMENT ORDER

The Court having previously entered default judgments against each of the defendants, having considered the plaintiff's submissions, and being fully informed, orders as follows:

1     Judgment is entered against Z.D. Masonry, Corp.; Northside Construction & Development Corp.; Zbigniew Dziadana; Z.D. Masonry and Remodeling Corp.; City of Chicago Masonry, Inc.; and Z.D. Masonry & Tuckpointing Corp. (together, "Defendants"), jointly and severally, and in favor of Plaintiff Shawn Williams ("Williams"), in the amount of $87,574.74, comprising $83,396.64 in back wages and $4,178.10 in interest through March 31, 2008;

2     Judgment is entered against the Defendants, jointly and severally, and in favor of Williams, in the amount of $10,000.00 as punitive damages;

G:\Masterlist Folders\Williams 07-6207\Judgment Order.doc

3       Williams may file a petition for attorney's fees and related nontaxable expenses in accord with Local Rule 54.3; and

4       The Court retains jurisdiction over this matter to enforce compliance with its order.

Dated: March 31, 2008

**SO ORDERED**                                        ENTER:

*[signature]*
_____
RONALD A. GUZMÁN
**District Judge**