LAW OFFICES
# Dowd, Bloch & Bennett
8 SOUTH MICHIGAN AVENUE • 19TH FLOOR
CHICAGO, ILLINOIS 60603-3315
PHONE (312) 372-1361
FAX (312) 372-6599

J. PETER DOWD
ROBERT E. BLOCH
BARRY M. BENNETT
ROBERT S. CERVONE
RONALD M. WILLIS
───
MICHELE M. REYNOLDS
JUSTIN J. LANNOYE
LAKISHA M. KINSEY-SALLIS
STEVEN W. JADOS

June 5, 2008

Z. D. Masonry, Corp.
c/o Mr. Zbigniew Dziadana
President and Secretary
1715 W. Martin Lane
Mt. Prospect, IL 60056

City of Chicago Masonry, Inc.
c/o Mr. Zbigniew Dziadana
Registered Agent
1715 W. Martin Lane
Mt. Prospect, IL 60056

Northside Construction Development Corp.
c/o Mr. Zbigniew Dziadana
Registered Agent
1715 W. Martin Lane
Mt. Prospect, IL 60056

Z. D. Masonry & Remodeling Corp.
c/o Mr. Andrzej Szczeblewski
Registered Agent
6615 W. Irving Park Rd., #219
Chicago, IL 60634

Mr. Zbigniew Dziadana
1715 W. Martin Lane
Mt. Prospect, IL 60056

Z. D. Masonry & Tuckpointing Corp.
c/o Mr. Wlodzimierz Dziadana
5242 W. George Street
Chicago, IL 60641

Re:  Shawn Williams v. Z. D. Masonry Corp.
     Case No. 07 C 6207

Dear Defendants:

As you are all aware, Judge Guzman of the United States District Court for the Northern District of Illinois entered a judgment order against each of you on March 31, 2008. As the attorney for the plaintiff, I am now permitted to file a motion seeking recovery of the attorney's fees and certain expenses. There is a procedure for taking these steps that I would like to discuss with any of you or your lawyer. Because I believe

EXHIBIT A

228

DOWD, BLOCH & BENNETT

June 5, 2008
Page 2

that ultimately, each of you will be responsible for the fees and costs in the case, including the fees and costs related to this motion, I believe it is in your interest to work with me so we can minimize the fees and costs related to filing this motion. Please contact me, either directly or through your lawyer or other representative, by 3:00 p.m. on June 12. If I have not heard from you by then, I will assume you are not willing to cooperate and I will proceed on my own, in a way that is likely to increase the amount of expense that will be charged to you. Thank you.

           Very truly yours,

           Barry M. Bennett

BMB:amh

cc: Mr. Shawn Williams

F:\data\amh\BMB\DC1\ZD\Defendants ltr1.wpd