## **CERTIFICATE OF SERVICE**

      I certify that I will serve the attached notice of motion, motion, declaration, and exhibit on the following defendants, who are not eligible for electronic service, by having copies mailed to them at the addresses indicated on June 10, 2008:

        Mr. Zbigniew Dziadana
        Z. D. Masonry, Corp.
          c/o Mr. Zbigniew Dziadana,
          President and Secretary
        Northside Construction & Development Corp.
          c/o Mr. Zbigniew Dziadana, Registered Agent
        City of Chicago Masonry, Inc.
          c/o Mr. Zbigniew Dziadana, Registered Agent
        1715 W. Martin Lane
        Mt. Prospect, IL  60056

        Z. D. Masonry & Remodeling Corp.
        c/o Mr. Andrzej Szczeblewski, Registered Agent
        6615 W. Irving Park Rd., #219
        Chicago, IL  60634

        Z.D. Masonry & Tuckpointing Corp.
        c/o Mr. Wlodzimierz Dziadana
        5242 W. George Street
        Chicago, IL  60641

                              /s/ Barry M. Bennett