UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHAWN WILLIAMS,           ) | |
| ) | Case No.  07 C 6207 |
| Plaintiff,       ) | |
| ) | Judge Guzman |
| v.            ) | |
| ) | Magistrate Judge Brown |
| Z. D. MASONRY, CORP., et al.,   ) | |
| ) | |
| Defendants.     ) | |

## NOTICE OF MOTION

To:   Z. D. Masonry, Corp.  
c/o Mr. Zbigniew Dziadana,  
President and Secretary  
1715 W. Martin Lane  
Mt. Prospect, IL  60056

City of Chicago Masonry, Inc.  
c/o Mr. Zbigniew Dziadana,  
  Registered Agent  
1715 W. Martin Lane  
Mt. Prospect, IL  60056

Northside Construction  
Development Corp.  
c/o Mr. Zbigniew Dziadana,  
Registered Agent  
1715 W. Martin Lane  
Mt. Prospect, IL  60056

Z. D. Masonry & Remodeling Corp.  
c/o Mr. Andrzej Szczeblewski,  
Registered Agent  
6615 W. Irving Park Rd., #219  
Chicago, IL  60634

Mr. Zbigniew Dziadana  
1715 W. Martin Lane  
Mt. Prospect, IL  60056

Z.D. Masonry & Tuckpointing Corp.  
c/o Mr. Wlodzimierz Dziadana  
5242 W. George Street  
Chicago, IL  60641

    PLEASE TAKE NOTICE that on June 17, 2008, at 9:30 a.m. or as soon thereafter as I may be heard, I will appear before the Honorable Ronald A. Guzman, or any judge sitting in his place, at the courtroom usually occupied by him, in Room 1219 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and then and there present a motion for instructions and extension of time, copies of which are attached and served upon you.

                                                          /s/ Barry M. Bennett
                                                          Attorney for Shawn Williams

Barry M. Bennett  
DOW, BLOCH & BENNETT  
8 S. Michigan Ave., 19th Floor  
Chicago, IL   60603  
312/372-1361