UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **SHAWN WILLIAMS,** | ) | |
| | ) | Case No. 07 C 6207 |
| Plaintiff, | ) | |
| | ) | Judge Guzman |
| v. | ) | |
| | ) | Magistrate Judge Brown |
| **Z. D. MASONRY, CORP., et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

This matter came before the Court on the motion of Plaintiff Shawn Williams, notice of the motion and copies of all supporting material were served on the defendants and the defendants failed to respond, the Court is fully informed, and it appears that the motion should be granted.

Therefore, IT IS ORDERED that the fee motion on behalf of Plaintiff Shawn Williams be and is granted and that Defendants Z. D. Masonry, Corp.; Z. D. Masonry & Tuckpointing Corp.; Z. D. Masonry & Remodeling, Corp.; Northside Construction & Development Corp.; City of Chicago Masonry, Inc.; and Zbigniew Dziadana are ordered, jointly and severally, to pay to Williams's attorneys the sum of $44,511.37 comprising $43,287.50 for fees and $1,223.87 for costs and expenses.

SO ORDERED.

_____
Ronald A. Guzman, J.

Date: _____