## CERTIFICATE OF SERVICE

      I certify that I will serve the attached notice of motion, motion, exhibits, and proposed order on the following defendants, who are not eligible for electronic service, by having copies mailed to them at the addresses indicated on July 23, 2008:

      Mr. Zbigniew Dziadana
      Z. D. Masonry, Corp.
        c/o Mr. Zbigniew Dziadana,
        President and Secretary
      Northside Construction & Development Corp.
        c/o Mr. Zbigniew Dziadana, Registered Agent
      City of Chicago Masonry, Inc.
        c/o Mr. Zbigniew Dziadana, Registered Agent
      1715 W. Martin Lane
      Mt. Prospect, IL  60056

      Z. D. Masonry & Remodeling Corp.
      c/o Mr. Andrzej Szczeblewski, Registered Agent
      6615 W. Irving Park Rd., #219
      Chicago, IL  60634

      Z.D. Masonry & Tuckpointing Corp.
      c/o Mr. Wlodzimierz Dziadana
      5242 W. George Street
      Chicago, IL  60641

      /s/ Barry M. Bennett

F:\Employment\E-Williams 07-6207\07.23.08 Filing\Certificate of Service 6 FINAL.wpd