UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHAWN WILLIAMS,                         ) | |
| ) | Case No.  07 C 6207 |
| Plaintiff,       ) | |
| ) | Judge Guzman |
| v.                                                   ) | |
| ) | Magistrate Judge Brown |
| Z. D. MASONRY, CORP., et al.,       ) | |
| ) | |
| Defendants.  ) | |

### NOTICE OF MOTION

To:   Z. D. Masonry, Corp.  
      c/o Mr. Zbigniew Dziadana,  
      President and Secretary  
      1715 W. Martin Lane  
      Mt. Prospect, IL  60056  

      City of Chicago Masonry, Inc.  
      c/o Mr. Zbigniew Dziadana,  
        Registered Agent  
      1715 W. Martin Lane  
      Mt. Prospect, IL  60056  

      Northside Construction  
      Development Corp.  
      c/o Mr. Zbigniew Dziadana,  
      Registered Agent  
      1715 W. Martin Lane  
      Mt. Prospect, IL  60056  

      Z. D. Masonry & Remodeling Corp.  
      c/o Mr. Andrzej Szczeblewski,  
      Registered Agent  
      6615 W. Irving Park Rd., #219  
      Chicago, IL  60634  

      Mr. Zbigniew Dziadana  
      1715 W. Martin Lane  
      Mt. Prospect, IL  60056  

      Z.D. Masonry & Tuckpointing Corp.  
      c/o Mr. Wlodzimierz Dziadana  
      5242 W. George Street  
      Chicago, IL  60641  

    PLEASE TAKE NOTICE that on July 30, 2008, at 9:30 a.m. or as soon thereafter as I may be heard, I will appear before the Honorable Ronald A. Guzman, or any judge sitting in his place, at the courtroom usually occupied by him, in Room 1219 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and then and there present a motion to award fees and costs, copies of which are attached and served upon you.

                                                                /s/ Barry M. Bennett  
                                                         Attorney for Shawn Williams

Barry M. Bennett  
DOW, BLOCH & BENNETT  
8 S. Michigan Ave., 19th Floor  
Chicago, IL   60603  
312/372-1361