UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Shawn Williams
                                   Plaintiff,

v.                                                           Case No.: 1:07–cv–06207
                                                                    Honorable Ronald A. Guzman

Z. D. Masonry, Corp., et al.
                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 30, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman:Motion hearing set for 7/30/08 is stricken. Motion by Plaintiff for attorney fees (Instructions and Modification of Schedule) [32] is stricken. Motion by Plaintiff for attorney fees and costs and for order [36] is referred to Magistrate Judge Brown. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.