**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Shawn Williams
                                        Plaintiff,

v.                                                            Case No.: 1:07–cv–06207
                                                                  Honorable Ronald A. Guzman

Z. D. Masonry, Corp., et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 4, 2008:

      MINUTE entry before the Honorable Geraldine Soat Brown:This matter having been referred to Magistrate Judge Geraldine Soat Brown for proceedings with respect to plaintiff's motion to award fees and costs [36], an initial status hearing is hereby set before Magistrate Judge Brown on 08/15/08 at 9:00 a.m. in Courtroom 1812 for the purpose of setting a schedule for such proceedingsNotice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.