UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHAWN WILLIAMS, ) | |
| ) | Case No.  07 C 6207 |
| Plaintiff, ) | |
| ) | Judge Guzman |
| v. ) | |
| ) | Magistrate Judge Brown |
| Z. D. MASONRY, CORP., et al., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF ENTRY OF ORDER**

To:  Z. D. Masonry, Corp.
c/o Mr. Zbigniew Dziadana,
President and Secretary
5025 N. Ozark Ave. - Unit 177
Norridge, IL   60056

Northside Construction
Development Corp.
c/o Mr. Zbigniew Dziadana,
Registered Agent
5025 N. Ozark Ave. - Unit 177
Norridge, IL   60056

Mr. Zbigniew Dziadana
5025 N. Ozark Ave. - Unit 177
Norridge, IL   60056

City of Chicago Masonry, Inc.
c/o Mr. Zbigniew Dziadana,
  Registered Agent
5025 N. Ozark Ave. - Unit 177
Norridge, IL   60056

Z. D. Masonry & Remodeling Corp.
c/o Mr. Andrzej Szczeblewski,
Registered Agent
6615 W. Irving Park Rd., #219
Chicago, IL   60634

Z.D. Masonry & Tuckpointing Corp.
c/o Mr. Wlodzimierz Dziadana
5242 W. George Street
Chicago, IL   60641

   PLEASE TAKE NOTICE that on August 8, 2008, the Honorable Geraldine Soat Brown, United States Magistrate Judge, entered a docket entry and order, a copy of which is attached and served upon you.

                                                           /s/ Barry M. Bennett
                                                         Attorney for Shawn Williams

Barry M. Bennett
DOW, BLOCH & BENNETT
8 S. Michigan Ave., 19th Floor
Chicago, IL   60603
312/372-1361

F:\Employment\E-Williams 07-6207\08.11.08 Filing\NOEntry of Order Williams 8-11-08.wpd