# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Shawn Williams
                                    Plaintiff,
v.                                                      Case No.: 1:07−cv−06207
                                                        Honorable Ronald A. Guzman
Z. D. Masonry, Corp., et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 8, 2008:

    MINUTE entry before the Honorable Geraldine Soat Brown:Initial status hearing on plaintiff's motion to award fees and costs set for 8/15/08 is stricken. Plaintiff is seeking $44,511.37 in attorneys' fees and costs. Any objections by defendants to plaintiff's motion to award fees and costs must be filed by 9/28/08. If an objection is filed, plaintiff may file a reply by 10/15/08. The motion is taken under advisement and a ruling will be made by mail. Plaintiff's counsel shall serve a copy of this order on defendants at the last known address, and file a certificate of that service by 8/15/08. Notice mailed by judge's staff(ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.