## CERTIFICATE OF SERVICE

      I certify that I will serve that attached notice of filing, notice of entry of order, and notification of docket entry on the following defendants, who are not eligible for electronic service, by having copies mailed to them at the addresses indicated on August 11, 2008:

      Mr. Zbigniew Dziadana
      Z. D. Masonry, Corp.
         c/o Mr. Zbigniew Dziadana,
         President and Secretary
      Northside Construction & Development Corp.
         c/o Mr. Zbigniew Dziadana, Registered Agent
      City of Chicago Masonry, Inc.
         c/o Mr. Zbigniew Dziadana, Registered Agent
      5025 N. Ozark Ave. - Unit 177
      Norridge, IL   60056

      Z. D. Masonry & Remodeling Corp.
      c/o Mr. Andrzej Szczeblewski, Registered Agent
      6615 W. Irving Park Rd., #219
      Chicago, IL   60634

      Z.D. Masonry & Tuckpointing Corp.
      c/o Mr. Wlodzimierz Dziadana
      5242 W. George Street
      Chicago, IL   60641

      /s/ Barry M. Bennett