UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHAWN WILLIAMS, ) | |
| ) | Case No. 07 C 6207 |
| **Plaintiff,** ) | |
| ) | Judge Guzman |
| v. ) | |
| ) | Magistrate Judge Brown |
| Z. D. MASONRY, CORP., et al., ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF FILING

To:    Z. D. Masonry, Corp.                   City of Chicago Masonry, Inc.
        c/o Mr. Zbigniew Dziadana,          c/o Mr. Zbigniew Dziadana,
        President and Secretary                Registered Agent
        5025 N. Ozark Ave. - Unit 177       5025 N. Ozark Ave. - Unit 177
        Norridge, IL 60056                     Norridge, IL 60056

        Northside Construction             Z. D. Masonry & Remodeling Corp.
        Development Corp.                  c/o Mr. Andrzej Szczeblewski,
        c/o Mr. Zbigniew Dziadana,          Registered Agent
        Registered Agent                    6615 W. Irving Park Rd., #219
        5025 N. Ozark Ave. - Unit 177       Chicago, IL 60634
        Norridge, IL 60056

                                              Z.D. Masonry & Tuckpointing Corp.
        Mr. Zbigniew Dziadana             c/o Mr. Wlodzimierz Dziadana
        5025 N. Ozark Ave. - Unit 177       5242 W. George Street
        Norridge, IL 60056                     Chicago, IL 60641

     PLEASE TAKE NOTICE that on August 11, 2008, in accord with instructions issued by Magistrate Judge Geraldine Soat Brown, I filled with the Clerk of the United States District Court for the Northern District of Illinois a Notice of Entry of Order and Certificate of Service, copies of which are attached and served upon you.

                                                              /s/ Barry M. Bennett
                                                     Attorney for Shawn Williams

Barry M. Bennett
DOW, BLOCH & BENNETT
8 S. Michigan Ave., 19th Floor
Chicago, IL 60603
312/372-1361

F:\Employment\E-Williams 07-6207\08.11.08 Filing\NOF Williams 8-11-08.wpd